UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 09-CV-11675

        HON. GEORGE CARAM STEEH

PATRICK F. REARDON,

        Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for partial summary judgment and plaintiff's motion for summary judgment, and in accordance with the court's order denying defendant's motion and granting plaintiff's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

Dated: September 12, 2011